UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-21-09
```

AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY
ASSOCIATION, INC.,

                Plaintiff,

-v-

EP CARRIERS PTE LTD., *et al.*,

                Defendants.

No. 09 Civ. 2411(VM)
<u>ORDER</u>

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a hearing in the above-captioned action, pursuant to Rules B and E(4)(F) of the Supplemental Rules for Admiralty or Maritime Claims, on August 24, 2009 at 10:00 a.m.

    IT IS FURTHER ORDERED that Defendants shall serve a copy of this Order on Plaintiff by the close of business on August 20, 2009. Plaintiff shall submit its opposition, if any, no later than the close of business August 21, 2009.

SO ORDERED.

Dated:    August 20, 2009
               New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE, PART I